UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>        Plaintiff,<br><br>vs.<br><br>REYNOSO, et al.,<br><br>        Defendants.<br>_____/ | 1:01-cv-05197-AWI-LJO-P<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** (Doc. 51)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** (Doc. 46) |

    Plaintiff, Steven Vlasich ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 4, 2005, the Magistrate Judge filed a Report and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Report and Recommendation were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Report and Recommendation.

//

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Report and Recommendation to be
5  supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.   The Report and Recommendation, filed March 4, 2005, is
8  ADOPTED IN FULL; and,
9  2.   The Motion for a Preliminary Injunction and
10 Temporary Restraining Order, filed January 14, 2005, is DENIED.
11 IT IS SO ORDERED.
12 **Dated:    May 3, 2005**              **/s/ Anthony W. Ishii**
   0m8i78                              UNITED STATES DISTRICT JUDGE