UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH, | CV F 01 5197 AWI LJO P |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| v. | |
| REYNOSO, et. al., | |
| Defendants. / | |

Steven Vlasich ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 10, 2005, the Ninth Circuit Court of Appeals found Plaintiff's Second Amended Complaint stated cognizable claims of excessive force and deliberate indifference under the Eighth Amendment against Defendants Reynoso, Keener and Priolo. The District Court's holding was reversed and the case was remanded to this Court for further proceedings.

1

On January 14, 2005, Plaintiff moved for leave to file a Third Amended Complaint and lodged a Third Amended Complaint. The Court granted Plaintiff's request but found that Plaintiff did not state cognizable claims against the Doe Defendants.[1] The Court then dismissed the Third Amended Complaint with leave to amend. Plaintiff filed a Fourth Amended Complaint on March 22, 2005.

The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under 42 U.S.C. § 1983 against Defendants Reynoso, Keener, Priolo and Brock for excessive force and against Defendants Keener and Priolo for violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   LINDA K. BROCK

   SGT. F. REYNOSO

   LT. J.A. KEENER

   CPT. B. PRIOLO

2. The Clerk of the Court shall send Plaintiff FOUR USM-285 forms, FOUR summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Fourth Amended Complaint filed March 22, 2005.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each Defendant listed above; and

   c. FIVE copies of the endorsed Fourth Amended Complaint filed March 22,

---

[1] The Court found that the Third Amended Complaint stated a cognizable excessive force claim against Defendants Reynoso, Keener, Priolo *and* Brock. (Doc. 50)

1       2005.

2    4.  Plaintiff need not attempt service on Defendants and need not request waiver of
3        service.  Upon receipt of the above-described documents, the court will direct the
4        United States Marshal to serve the above-named Defendants pursuant to Federal
5        Rule of Civil Procedure 4 without payment of costs.
6    5.  <u>The failure to comply with this Order will result in a Recommendation that this
7        action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   May 19, 2006**                              /s/ Lawrence J. O'Neill
b9ed48                                         UNITED STATES MAGISTRATE JUDGE