IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN VLASICH,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**REYNOSO, et al.,**<br><br>　　　　　　　　　Defendants. | NO. 1:01-CV-5197 AWI LJO P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Document No. 63 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2006, defendants filed a motion to extend time to file an answer to the amended complaint as Defendants have not yet received all the necessary documentation needed to file an Answer.

Good cause appearing, defendants are granted a 30-day extension of time to respond to plaintiff's amended complaint. Defendants' responses to plaintiff's complaint shall be due on or before Wednesday, October 18, 2006.

IT IS SO ORDERED.

**Dated:   October 4, 2006**　　　　　　　　　　　/s/ Lawrence J. O'Neill
b6edp0　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE