IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN VLASICH,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**REYNOSO, et al.,**<br><br>                              Defendants. | NO. 1:01-CV-5197 AWI LJO P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT NUNC PRO TUNC**<br><br>Document No. 72 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 18, 2006, Defendants filed a second request/motion to extend time to respond to Plaintiff's Complaint to and including October 30, 2005.

On October 24, 2006, Defendants filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure Rule 12(b)(6). Accordingly, Defendants' request to extend time is granted *nunc pro tunc.*

IT IS SO ORDERED.

**Dated:     November 1, 2006                    /s/ Lawrence J. O'Neill**
b6edp0                                       UNITED STATES MAGISTRATE JUDGE