1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                    FRESNO DIVISION

11

12    **STEVEN VLASICH,**                        1:01-CV-5197 AWI LJO P

13                                 Plaintiff,     **ORDER GRANTING**
                                                  **DEFENDANTS' REQUEST**
14              v.                                **FOR EXTENSION OF TIME**
                                                  **TO REPLY TO PLAINTIFF'S**
15    **REYNOSO, et al.,**                        **OBJECTIONS**

16                                 Defendants.    **Document No. 78**

17

18          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

19    1983.  On November 17, 2006, defendants filed a motion to extend time to file a reply brief

20    regarding defendants' motion to dismiss..

21          Good cause appearing, defendants are granted a 18-day extension of time to file a reply

22    brief regarding defendants' motion to dismiss.   Defendants' reply to plaintiff's objections shall

23    be due on or before Friday, December 15, 2006.

24    IT IS SO ORDERED.

25    **Dated:   November 21, 2006**          _____/s/ Lawrence J. O'Neill_____
      b6edp0                                  UNITED STATES MAGISTRATE JUDGE

26

27

28

Order Granting Defendants' First Request for Extension of Time to Reply to Plaintiff's Objections

1