UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>        Plaintiff,<br><br>vs.<br><br>REYNOSO, et al.,<br><br>        Defendants.<br>_____/ | 1:01-cv-05197-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 82)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 74)<br><br>**ORDER DISMISSING ACTION** |

    Steven Vlasich ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 20, 2006, the Magistrate Judge filed Findings and Recommendations that recommended Defendants' motion to dismiss be granted and this action dismissed for Plaintiff's failure to exhaust administrative remedies.  The Findings and Recommendations were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  On

1

January 3, 2007, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  In the objections, Plaintiff complains that the Magistrate Judge did not consider numerous appeals that he filed.  However, "[p]roper exhaustion demands compliance with an agency's deadlines and other critical procedural rules because no adjudicative system can function effectively without imposing some orderly structure on the course of its proceedings." Woodford v. Ngo, 126 S.Ct. 2378 (2006).  Thus, administrative appeals that were not filed pursuant to prison rules cannot serve to exhaust Plaintiff's claims.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 20, 2006, are ADOPTED IN FULL;

2. Defendants' Motion to Dismiss the case for Plaintiff's failure to exhaust his administrative remedies, filed October 24, 2006, is GRANTED; and,

3. The case is therefore DISMISSED.

IT IS SO ORDERED.

**Dated:   February 15, 2007**          /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

2