UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF



APR 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

| | |
|---|---|
| STEVEN VLASICH, | No. 07-15409 |
| Plaintiff - Appellant, | D.C. No. CV-01-05197-AWI/LJO |
| v. | |
| F. REYNOSO, Sgt.; et al., | **ORDER** |
| Defendants - Appellees and | |
| HEATH JOHNSON, | |
| Plaintiff. | |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: 4-3-07